UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD J. EVERS and
MARY J. EVERS

    V.

THE CORYN GROUP, INC., ET AL.

Civil Action
No.: 08-6032

## DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒      The nongovernmental corporate party, Atkinson & Mullen Travel II, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Parent: Apple Vacations - Crestline Holdings, LLC

No publicly held corporation owns 10% or more of stock.

January 12, 2009
Date

Signature (Peter A. Dunn, Esq.)

Counsel for: Atkinson & Mullen Travel II, LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
    (a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
        (1)    identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or

        (2)    states that there is no such corporation.

    (b)    TIME TO FILE; SUPPLEMENTAL FILING. A party must:
        (1)    file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
        (2)    promptly file a supplemental statement if any required information changes.

2/08