UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

RICHARD J. EVERS and
MARY J. EVERS

V.

THE CORYN GROUP, INC., ET AL.

Civil Action
No.: 08-6032

## DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, _____, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Atkinson & Mullen Travel, Inc., in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

Atkinson & Mullen Travel, Inc. exists as a shell corporation only. In February 2008, its assets were transferred to Atkinson & Mullen Travel II, LLC.

January 12, 2009
Date

Signature   (Peter A. Dunn, Esq.)

Counsel for:   Atkinson & Mullen Travel, Inc.

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
   (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or
   (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
   (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
   (2) promptly file a supplemental statement if any required information changes.

2/08