IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD J. EVERS, et al. : CIVIL ACTION
:
v. :
:
THE CORYN GROUP, INC., et al. : NO. 08-CV-6032

## **O R D E R**

AND NOW, this 2nd day of May, 2011, IT IS HEREBY ORDERED that defendant Inversiones Vilazul, S.A.'s motion to dismiss for lack of personal jurisdiction (Doc. # 54) pursuant to Federal Rule of Civil Procedure 12(b)(2) is GRANTED.

BY THE COURT:

/s/ J. William Ditter, Jr.
J. WILLIAM DITTER, JR.